IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL LAMONT BOLDEN,　　　§ | |
| 　　　Petitioner,　　　　　　　§ | |
| VS.　　　　　　　　　　　　　　§ | CIVIL ACTION NO.4:12-CV-140-Y |
| 　　　　　　　　　　　　　　　§ | |
| RICK THALER, Director,　　　§ | |
| T.D.C.J., Correctional　　　§ | |
| Institutions Div.,　　　　　§ | |
| 　　　Respondent.　　　　　　　§ | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS and,
<u>TRANSFERRING CASE TO THE COURT OF APPEALS FOR THE FIFTH CIRCUIT</u>

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2254 of petitioner Michael Lamont Bolden, and the March 20, 2012, findings, conclusions, and recommendation of the United States magistrate judge. The magistrate judge gave petitioner Bolden until April 11, 2012, to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case, and has reviewed for clear error the findings, conclusions and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be transferred to the United States Court of Appeals for the Fifth Circuit.

Therefore the findings, conclusions and recommendation of the magistrate judge are ADOPTED.

Michael Lamont Bolden's petition for writ of habeas corpus is TRANSFERRED to the United States Court of Appeals for the Fifth Circuit.

SIGNED April 19, 2012.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　TERRY R. MEANS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE